UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ALAN SCHNEIDER, ) | |
| ) | Case No. 1:14-cv-00034-SKO |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| ) | **FOR EXTENSION OF TIME** |
| v. ) | **TO FILE OPENING BRIEF** |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to October 2, 2014, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  The extension is requested because Plaintiff's counsel is experiencing health problems that have caused a backlog in her workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  August 27, 2014                    JACQUELINE A. FORSLUND
                                          Attorney at Law


                                          */s/Jacqueline A. Forslund*
                                          JACQUELINE A. FORSLUND

                                          Attorney for Plaintiff

| | |
|---|---|
| Date:  August 27, 2014 | BENJAMIN J. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration<br><br>*/s/\*Kevin G. Gill*<br>KEVIN G. GILL<br>Special Assistant United States Attorney<br>\*By email authorization<br><br>Attorney for Defendant |

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief no later than October 2, 2014;

2. Defendant shall file a responsive brief no later than November 5, 2014; and

3. Plaintiff may file an optional reply brief no later than November 24, 2014.

IT IS SO ORDERED.

Dated:   **September 2, 2014**              **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE

2