# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ALAN SCHNEIDER,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | Case No.  1:14-cv-00034-SKO<br><br>**ORDER GRANTING DEFENDANT'S STIPULATED REQUEST FOR AN EXTENSION OF TIME** |

    On October 21, 2014, Defendant filed a stipulated request seeking a 30-day extension of time to file her responsive brief.  Defendant states that the extension is necessary because the matter has been assigned to new counsel.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The parties' stipulated request is GRANTED;

    2.    Defendant shall file a responsive brief on or before December 4, 2014; and

    3.    Plaintiff may file an optional reply brief on or before December 23, 2014.

IT IS SO ORDERED.

Dated:  **October 23, 2014**         **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE