# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ALAN SCHNEIDER,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>   Defendant.<br>_____/ | Case No. 1:14-cv-00034-SKO<br><br>**ORDER GRANTING DEFENDANT'S STIPULATED REQUEST FOR AN EXTENSION OF TIME** |

On December 19, 2014, Plaintiff filed a stipulated request seeking a 30-day extension of time to file her reply brief. (Doc. 22.) Plaintiff states that the extension is necessary because Plaintiff's counsel recently experienced prolonged health problems, causing a backlog in her workload.

Accordingly, IT IS HEREBY ORDERED that:

1.   The parties' stipulated request is GRANTED; and

2.   Plaintiff may file an optional reply brief on or before January 19, 2015.

IT IS SO ORDERED.

Dated:   **December 19, 2014**              **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE